THE STATE OF MONTANA ex rel. PHIL HARRIS, RELATOR, v. THE DISTRICT COURT of the THIRTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Yellowstone and the HONORABLE C. B. SANDE, Judge thereof, Respondent.

No. 11473.
Decided April 4, 1968.
440 P.2d 129.

## MEMO OPINION

PER CURIAM:

Original Proceeding.

The application for Writ of Supervisory Control is hereby denied and the proceeding is dismissed.

Petition of HERMAN PELKE.

No. 11479.
Decided April 18, 1968.
440 P.2d 129.

PER CURIAM:

Petitioner, an inmate of the Montana State Prison, appearing pro se, files a petition for writ of habeas corpus.

The application appearing to be without merit, the writ sought is denied and the proceeding dismissed.